UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:09-CR-141-4 |
| DOUGLAS DODD, | ) ) | (JORDAN/GUYTON) |
| Defendant. | ) ) ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Douglas Dodd's Motion for Discovery and Inspection of Evidence With Memorandum in Support [Doc. 92], filed on December 4, 2009. The Defendant entered a change of plea on February 9, 2010. Accordingly, the Defendant's discovery motion [**Doc. 92**] is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

      s/ H. Bruce Guyton
United States Magistrate Judge